HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSEPH LOCHRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, DEPARTMENT OF TACOMA PUBLIC UTILITIES, TACOMA RAIL, a municipal corporation,<br><br>    Defendant. | Case No. 3:09-cv-05010-FDB<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

## **STIPULATION**

The parties, through their undersigned counsel of record, hereby request the Court to extend the following deadlines by two weeks:

- Disclosure of Expert Witnesses and their reports from December 14, 2009 to December 28, 2009;

- Disclosure of Rebuttal Experts and their reports from January 11, 2010 to January 25, 2010; and

STIPULATION AND [PROPOSED] ORDER EXTENDING
EXPERT DISCLOSURE DEADLINES - Page 1

ROSSI COX VUCINOVICH
FLASKAMP PC
10900 NE 8th Street, Suite 1122
Bellevue, WA 98004
425-646-8003; fax 425-646-8004

- Objections to Opposition's Experts from February 10, 2010 to February 22, 2010.

At the present time, the parties have exchanged Rule 26 Initial Disclosures and written discovery. The parties are diligently working to schedule the depositions of fact witnesses and plaintiff in order to meet upcoming deadlines, but are having difficulty doing so due to trial schedules, illnesses, and the Holidays.

The parties do not anticipate any adjustment to the trial date or other deadlines as a result of this extension.

The parties inform the Court that this is their second request for an extension of any deadlines in this case.

Wherefore, the parties request that the Court approve the Order extending the deadlines as set forth above.

**ROSSI COX VUCINOVICH FLASKAMP PC**

DATED: December 2, 2009

By: s/Bahareh Samanian
Bahareh Samanian, WSBA #33165
Rossi Cox Vucinovich Flaskamp PC
Bellevue, WA 98004
Telephone: 425-646-8003
Fax: 425-646-8004
E-mail: bsamanian@rcvpc.com
ATTORNEYS FOR PLAINTIFF

DATED: December 2, 2009

By: s/Margaret Elofson
Tacoma City Attorney - Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
Telephone: 253-591-5885
Fax: 253-591-5755
E-mail: margaret.elofson@cityoftacoma.org
ATTORNEYS FOR DEFENDANTS

STIPULATION AND [PROPOSED] ORDER EXTENDING
EXPERT DISCLOSURE DEADLINES - Page 2

ROSSI COX VUCINOVICH
FLASKAMP PC
10900 NE 8th Street, Suite 1122
Bellevue, WA 98004
425-646-8003; fax 425-646-8004

## **ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the following deadline is extended:

- Disclosure of Expert Witnesses and their reports is extended to 12/28/09;
- Disclosure of Rebuttal Experts and their reports is extended to January 25, 2010; and
- Objection to Opposition's Experts is extended to February 22, 2010.

Dated this 7th day of December, 2009.

It is so ordered.

                        s/Pat LeFrois
                        Clerk for The Honorable Franklin D. Burgess

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2009, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following individual(s) listed below:

Margaret Elofson
Tacoma City Attorney - Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767

Dated: December 4, 2009                    **ROSSI COX VUCINOVICH FLASKAMP PC**

By: s/Bahareh Samanian
Bahareh Samanian, WSBA #33165
10900 NE 8th St., Ste. 1122
Bellevue, WA 98004
Telephone: 425-646-8003
Fax: 425-646-8004
E-mail: bsamanian@rcvpc.com
ATTORNEYS FOR PLAINTIFF