THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH LOCHRIDGE,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, DEPARTMENT OF TACOMA PUBLIC UTILITIES, TACOMA RAIL, a municipal corporation,<br><br>       Defendant. | NO. CV09-05010 FDB<br><br>STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES |

## **STIPULATION**

The parties, through their undersigned counsel of record, hereby request the Court to extend the following deadlines by one week:

- Disclosure of Expert Witnesses and their Reports from December 28, 2009 to January 4, 2010;

- Disclosure of Rebuttal Experts and their reports from January 25, 2010 to February 1, 2010;

Currently, the parties have exchanged Rule 26 Initial Disclosures and written discovery. Plaintiff has been deposed, and an Independent Medical Examination of Plaintiff has been completed, and the doctor's report has been dictated, but due to unexpected difficulties and holiday scheduling, the typewritten opinion may not be completed until after the current deadline.

The parties do not anticipate any adjustment to the trial date or other deadlines as a result of this extension.

The parties inform the Court that this is their third stipulated request for an extension of any deadlines in this case, and their second request for an extension of deadlines related to expert disclosures. However, this is the first extension initiated by the defendant.

Wherefore, the parties request that the Court approve the Order extending the deadlines by one week, as set forth above.

DATED this 24th day of December, 2009.

ELIZABETH A. PAULI, City Attorney

Dated: December 24, 2009          s/Margaret Elofson_____
                                   MARGARET ELOFSON, WSB #23038
                                   Deputy City Attorney
                                   747 Market Street #1120
                                   Tacoma, WA 98402-3767
                                   Telephone: 253-591-5885
                                   Email:margaret.elofson@cityoftacoma.org
                                   Attorney for Defendant

Dated: December 24, 2009          s/Bahareh Samanian____
                                   BAHAREH SAMANIAN, WSB #33165
                                   10900 NE 8th St., Ste. 1122
                                   Bellevue, WA 98004
                                   Telephone: 42-646-8003
                                   Email: bsamanian@rcvpc.com
                                   Attorney for Plaintiff

## **ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED, that the following deadlines are extended:

- Disclosure of Expert Witnesses and their reports is extended to January 4, 2010;

- Disclosure of Rebuttal Experts and their reports is extended to February 1, 2010;

Dated this 29th day of December, 2009.


                     s/Pat LeFrois
                     Clerk for The Honorable Franklin D. Burgess

## CERTIFICATE OF SERVICE

  I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James K. Vucinovich & Bahareh Samanian, Attorneys for Plaintiff.

                _____
                MARGARET ELOFSON, WSB #23038
                Attorney for Defendant City of Tacoma
                Tacoma City Attorney's Office
                747 Market Street, Suite 1120
                Tacoma, WA 98402
                (253) 591-5885
                Fax: (253) 591-5755
                melofson@ci.tacoma.wa.us